Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 4/13/2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Bert Edward Carrick, III, | ) BK No. 12-01148-RM3-7 |
| | ) |
| Debtor(s). | ) |

### ORDER AUTHORIZING SALE OF PERSONAL PROPERTY

The Trustee having filed with the Court a Motion to Sell Personal Property, notice of the Motion to Sell Property being provided to the parties to which notice is required pursuant to Local Rule 9013-1, and no objection to this Motion having been presented;

**IT IS HEREBY ORDERED** as follows:

A. That the Trustee is authorized to sell all of her right, title and interest in personal property described as one-third (1/3) ownership interest in Ryzec Building Group, LLC ("Property") for Ten Thousand Dollars ($10,000.00) to the Debtor, Bert Edward Carrick, III, ("Buyer") under the terms and conditions set forth in the Trustee's Motion to Sell Personal Property previously filed with this Court.

B. That upon receipt of the funds and entry of this Order, the Trustee will convey by the appropriate instrument, the right, title and interest that the Trustee has the right to convey.

C. That the Property is being sold as is, where is, and the Property is being sold free and clear of any liens, claims, interests, encumbrances and exemptions.

D. That the sale is approved pursuant to 11 U.S.C. § 363(b), (f), (h), (m), and (n) and Fed. R. Bankr. P. 6004

E. That this Order shall be immediately effective upon entry notwithstanding Fed. R. Bankr. P. 6004(h) and any other of the Federal Rules of Bankruptcy Procedure.

**This order was signed and entered electronically as indicated at the top of the first page.**

Submitted for Entry:

/s/ Erica R. Johnson
Susan R. Limor (susan@limorlaw.com)
Erica R. Johnson (erica@limorlaw.com)
LIMOR & JOHNSON, ATTORNEYS AT LAW
2814 Dogwood Place
Nashville, Tennessee 37204
615-742-1304 - Telephone
615-742-0858 – Facsimile
*Attorneys for Trustee*

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.